IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES COHENS,

    Petitioner,

    v.

JEFF SESSIONS
U. S. ATTORNEY GENERAL, et al.,

    Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-1796-TWT

**ORDER**

This is a habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action as premature. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 15 day of June, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge